# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael Cole and Chelon Phillips-Cole, | : | |
| Debtors. | : | Bankruptcy No.   16-13268-MDC |

# O R D E R

**AND NOW**, this 19th day of December, 2016, it is hereby **ORDERED** that if Michael Cole and Chelon Phillips-Cole (the "Debtors") and Nationstar Mortgage LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA   19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Courtroom Deputy
Eileen Godfrey