United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Cole
Chelon Phillips-Cole
    Debtors

Case No. 16-13268-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jan 19, 2017
Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
```
db/jdb        +Michael Cole,    Chelon Phillips-Cole,    7015 Oakley Street,    Philadelphia, PA 19111-3918
cr            +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:52     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2017 02:52:24     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Plaintiff Michael  Cole brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Joint Debtor Chelon  Phillips-Cole brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Plaintiff Chelon  Phillips-Cole brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Michael  Cole brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                              TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MICHAEL COLE ) | |
|     CHELON PHILLIPS-COLE ) | |
|     **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| WELLS FARGO BANK, N.A. ) | |
| d/b/a WELLS FARGO DEALER SERVICES ) | Case No.: 16-13268 (MDC) |
|     **Moving Party** ) | |
| ) | **Hearing Date: 11-3-16 at 11:00 AM** |
|     v. ) | |
| MICHAEL COLE ) | 11 U.S.C. 362 |
| CHELON PHILLIPS-COLE ) | |
|     **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services and the Debtor in settlement of the Motion For Relief From Stay, and filed on or about October 20, 2016 in the above matter is APPROVED.

Dated: January 19, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE