United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Cole  
Chelon Phillips-Cole  
    Debtors

Case No. 16-13268-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Apr 20, 2017  
　　　　　　　　　　　　Form ID: 155　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.  
db/jdb　　　+Michael Cole,　Chelon Phillips-Cole,　7015 Oakley Street,　Philadelphia, PA 19111-3918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:  
    ANDREW F GORNALL　　on behalf of Creditor　Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    BRAD J. SADEK　　on behalf of Joint Debtor Chelon Phillips-Cole brad@sadeklaw.com  
    BRAD J. SADEK　　on behalf of Plaintiff Chelon Phillips-Cole brad@sadeklaw.com  
    BRAD J. SADEK　　on behalf of Debtor Michael Cole brad@sadeklaw.com  
    BRAD J. SADEK　　on behalf of Plaintiff Michael Cole brad@sadeklaw.com  
    JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT　　on behalf of Creditor　Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    THOMAS I. PULEO　　on behalf of Creditor　Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER　　ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD CRAIG　　on behalf of Creditor　Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Cole and Chelon
Phillips−Cole
     Debtor(s)                        Chapter: 13
                                                   Bankruptcy No: 16−13268−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this 4/20/2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                              Magdeline D. Coleman
                                                              Judge ,
                                                              United States Bankruptcy Court

                                                                                48
                                                                             Form 155