United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Cole  
Chelon Phillips-Cole  
    Debtors

Case No. 16-13268-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: May 03, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
db/jdb     +Michael Cole,    Chelon Phillips-Cole,    7015 Oakley Street,    Philadelphia, PA 19111-3918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:

    ANDREW F GORNALL     on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    BRAD J. SADEK     on behalf of Joint Debtor Chelon Phillips-Cole brad@sadeklaw.com  
    BRAD J. SADEK     on behalf of Plaintiff Chelon Phillips-Cole brad@sadeklaw.com  
    BRAD J. SADEK     on behalf of Debtor Michael Cole brad@sadeklaw.com  
    BRAD J. SADEK     on behalf of Plaintiff Michael Cole brad@sadeklaw.com  
    JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    THOMAS I. PULEO     on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD CRAIG     on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

    TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Michael Cole & Chelon Phillips-Cole

Debtor(s)

Case No.: 16-13268MDC
Chapter 13

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,587.50.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,782.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: May 3, 2017

*Magdeline D. Coleman*

Judge Magdeline D. Coleman