# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Michael Cole and Chelon Phillips-Cole<br><br>                        Debtors. | Chapter 13 |
| Nationstar Mortgage LLC<br>                        Movant,<br>vs.<br>Michael Cole and Chelon Phillips-Cole,<br>                        Debtors / Respondents,<br>and<br>William C. Miller,<br>                        Trustee / Respondent. | Case No.: 16-13268-mdc<br><br>**Hearing Date: November 2, 2017**<br>**Time: 11:00 am**<br><br>Location: Courtroom 2 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Nationstar Mortgage LLC, has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 26, 2017,** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Office of the Clerk
        900 Market Street
        Philadelphia, PA 19107

    (b)    mail a copy to the Movant's attorney:

        Matthew C. Waldt, Esquire
        Milstead & Associates, LLC
        1 East Stow Road
        Marlton, NJ 08053
        Phone No.: 856-482-1400
        Fax No.: 856-482-9190

   (c) mail a copy to the Chapter 13 Trustee:

    William C. Miller, Trustee
    1234 Market Street
    Suite 1813
    Philadelphia, PA 19107

 2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

 3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **November 2, 2017 at 11:00 a.m.** in Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

 4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's office at 215-908-2801 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

        Respectfully submitted,
        MILSTEAD & ASSOCIATES, LLC

DATED: October 6, 2017

        /s/Matthew C. Waldt
        Matthew C. Waldt, Esquire
        Attorney ID No. 203308
        mwaldt@milsteadlaw.com
        1 East Stow Road
        Marlton, NJ 08053
        Attorneys for Movant