## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Cole, Chelon Phillips-Cole,<br><br>        Debtor | Chapter 13<br><br>Case No.: 16-13268-mdc |
| Nationstar Mortgage LLC,<br>        Movant,<br>vs.<br>Michael Cole, Chelon Phillips-Cole,<br>        Debtor / Respondent,<br>and<br>William C. Miller,<br>        Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on October

26, 2017 with regard to the above matter is APPROVED.

*Magdeline D. Coleman*

November 9, 2017

        Hon. Magdeline D. Coleman, U.S.B.J.

218050-10