United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Cole
Chelon Phillips-Cole
     Debtors

Case No. 16-13268-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Virginia       Page 1 of 1       Date Rcvd: Nov 09, 2017
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db/jdb        +Michael Cole,   Chelon Phillips-Cole,   7015 Oakley Street,   Philadelphia, PA 19111-3918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRAD J. SADEK   on behalf of Joint Debtor Chelon  Phillips-Cole brad@sadeklaw.com
      BRAD J. SADEK   on behalf of Plaintiff Chelon  Phillips-Cole brad@sadeklaw.com
      BRAD J. SADEK   on behalf of Debtor Michael  Cole brad@sadeklaw.com
      BRAD J. SADEK   on behalf of Plaintiff Michael  Cole brad@sadeklaw.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Cole, Chelon Phillips-Cole,<br><br>                Debtor | Chapter 13<br><br>Case No.: 16-13268-mdc |
| Nationstar Mortgage LLC,<br>                Movant,<br>vs.<br>Michael Cole, Chelon Phillips-Cole,<br>                Debtor / Respondent,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on October 26, 2017 with regard to the above matter is APPROVED.

November 9, 2017

_____
Hon. Magdeline D. Coleman, U.S.B.J.

218050-10