United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Cole
Chelon Phillips-Cole
    Debtors

Case No. 16-13268-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 25, 2020
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
14030639        +Towd Point Mortgage Trust 2017-FRE2,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANDREW M. LUBIN    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2     alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
      ANDREW M. LUBIN    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
      BRAD J. SADEK    on behalf of Plaintiff Michael  Cole brad@sadeklaw.com,  bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Joint Debtor Chelon  Phillips-Cole brad@sadeklaw.com, bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Debtor Michael  Cole brad@sadeklaw.com,  bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Plaintiff Chelon  Phillips-Cole brad@sadeklaw.com, bradsadek@gmail.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC     Josh.Goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2     mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                               TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13268-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Cole
7015 Oakley Street
Philadelphia PA 19111

Chelon Phillips-Cole
7015 Oakley Street
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/24/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Towd Point Mortgage Trust 2017-FRE2, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115

Name and Address of Transferee:

Towd Point Mortgage Trust 2017-FRE2, U.S. Bank
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/27/20

Tim McGrath
**CLERK OF THE COURT**